STATE of Missouri, Respondent,

v.

Albert L. WILLIS, Jr., Appellant.

No. WD 63767.

Missouri Court of Appeals, Western District.

May 31, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 2005.

Andrew C. Webb, Sedalia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Albert L. Willis appeals his conviction for two counts of possession of a chemical with the intent to create a controlled substance, Section 195.420, and one count of driving with while suspended, Section 303.370. Willis raises six points on appeal, three of which challenge the trial court's denial of his motion to suppress evidence and three that claim there was insufficient evidence to sustain his conviction. Affirmed. Rule 30.25(b).